**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rhonda CAUFIELD, Defendant— Appellant.**

**No. 05–30046.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 18, 2005.

Decided Nov. 9, 2005.

Klaus P. Richter, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

John P. Rhodes, Esq., David C. Avery, Esq., Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

---

**14.**

Before: CUDAHY,* T.G. NELSON, and MCKEOWN, Circuit Judges.

MEMORANDUM **

Rhonda Caufield was sentenced to one month in prison, one year of supervised release, and a $2,500 fine for possessing 7.4 grams of marijuana in violation of 21 U.S.C. § 844(a). Section 844(a) includes a sentence enhancement provision whereby the sentence can be increased from a maximum of one year in prison and a $1,000 fine to a maximum of two years in prison and a $2,500 fine, if the defendant has "a prior conviction for any drug, narcotic, or chemical offense chargeable under the law of any State, [that] has become final." 21 U.S.C. § 844(a). Caufield's sentence was enhanced under this provision based on a 1998 Montana state drug offense for which she had received a deferred sentence. On appeal, Caufield argues that the 1998 offense is not a "conviction ... [that] has become final" within the meaning of § 844(a).

The question of whether a deferred or expunged sentence is a final conviction under § 844(a) is a question of federal law, not state law. *United States v. Dickerson*, 460 U.S. 103, 119, 103 S.Ct. 986, 74 L.Ed.2d 845 (1983). As a matter of federal law, we have previously recognized that a defendant may not enjoy the benefits of an expungement statute until the sentence is actually expunged. *United States v. Varela*, 993 F.2d 686, 694 (9th Cir.1993).

* The Honorable Richard D. Cudahy, Senior United States Circuit Judge for the Seventh Circuit, sitting by designation.

Caufield's sentence remains a final conviction within the meaning of § 844(a).

AFFIRMED.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel NUNEZ–NUNEZ, Defendant— Appellant.**

**No. 04–10121.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 18, 2005.

Decided Nov. 9, 2005.

Jacki Lynn Ireland, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, Timothy Francisco Andrews, USYU—Office of the U.S. Attorney, Yuma, AZ, for Plaintiff—Appellee.

Manuel Nunez–Nunez, Florence, AZ, pro se.

Atmore L. Baggot, Esq., Atmore Baggot Attorney at Law, Apache Junction, AZ, for Defendant—Appellant.

Before: D.W. NELSON, RAWLINSON, and BEA, Circuit Judges.

** This disposition is not appropriate for publication and may not be cited to or by the

* This disposition is not appropriate for publication and may not be cited to or by the courts